# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Darlene Sands, )<br>      Plaintiff )<br>)<br>v. )<br>)<br>Danan Healthcare, et al. )<br>      Defendant ) | No. 2:20-cv-142<br><br><br><br>Richard A. Lanzillo<br>United States Magistrate Judge |

## HEARING MEMO/MINUTE ENTRY

**Hearing Date:**           April 28, 2022
**Time:**                   9:30 AM until 5:10 PM
**Type of Conference:**     Mediation/Settlement Conference
**Reporter:**               Janis Ferguson
**Deputy Clerk/Law Clerk:** John (Sean) Heasley

**Counsel for Plaintiff**                **Counsel for Defendant**

Jonathan K. Cohn, Esq                    Bernard P. Matthews, Esq.
Maureen Davidson-Welling, Esq.

**Orders, Remarks, Instructions**

The Court conducted a mediation/settlement conference via video link in an attempt to resolve this litigation.

A settlement was reached in this matter and memorialized on the record.