UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLEEN SANDS,<br><br>Plaintiff,<br><br>v.<br><br>ALLSERVE BUSINESS SUPPORT, INC. and DANIEL J. WUKICH,<br><br>Defendants. | Civil Action No.: 2:20-cv-00142<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL OF**
**<u>DEFENDANT ALLSERVE BUSINESS SUPPORT, INC.</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Darleen Sands ("Sands") and Allserve Business Support, Inc. ("Allserve"), by and through the undersigned counsel, hereby stipulate and agree that Sands' claims against Allserve in the above-captioned case be dismissed with prejudice.

As the parties previously stipulated to the dismissal of Defendant Wukich (Dkt. 84), the case is now dismissed in its entirety, each party to bear their own costs

|  |  |
|---|---|
|  | IT IS SO AGREED AND STIPULATED: |
| /s/Bernard P. Matthews (*with consent*) | /s/Jonathan K. Cohn |
| Bernard P. Matthews, Esquire | Jonathan K. Cohn, Esquire |
| PA ID No. 54880 | PA ID No. 92755 |
| bmatthews@mdbbe.com | jcohn@stembercohn.com |
| Alexander W. Brown, Esquire | **STEMBER COHN &** |
| PA ID No. 322661 | **DAVIDSON-WELLING, LLC** |
| abrown@mdbbe.com | The Hartley Rose Building |
| **MEYER, DARRAGH, BUCKLER,** | 425 First Avenue, 7th Floor |
| **BEBENEK & ECK, PLLC** | Pittsburgh, PA  15219 |
| 40 N. Pennsylvania Avenue, Suite 410 | T.: (412) 338-1445 |
| Greensburg, PA 15601 | F.: (412) 338-1446 |
| T.: (724) 836-4840 |  |
|  | *Counsel for Plaintiff* |
| *Counsel for Defendants* |  |

Dated:  June 10, 2022

## ORDER

SO ORDERED this __13th__ day of _____June_____, 2022.

BY THE COURT:

_____
The Honorable Lisa Pupo Lenihan
United States Magistrate Judge

2